

MINUTE ENTRY
CHASEZ, M.J.
MARCH 9, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN PITRE | CIVIL ACTION |
| VERSUS | NUMBER: 00-118 |
| KIRK RODRIGUE, DEPUTY SHERIFF, ET AL. | SECTION: "K"(5) |

A preliminary conference in the above-captioned matter is hereby **SCHEDULED** for April 7, 2000 at 2:00 p.m. before Magistrate Judge Alma L. Chasez, Room B347, Hale Boggs Building, 501 Magazine Street, New Orleans, Louisiana. Counsel (or the parties if unrepresented by counsel) may participate in the preliminary conference via telephone if they so desire.

No later than five (5) days prior to the preliminary conference, counsel (or the parties if unrepresented by counsel) shall notify the undersigned, in writing, as to whether they are

DATE OF ENTRY
MAR 15 2000

willing to proceed to trial before the Magistrate Judge pursuant to 28 U.S.C. §636(c).

                                                     ALMA L. CHASEZ
                                          UNITED STATES MAGISTRATE JUDGE