```
                                        FILED
                                  U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                   2000 MAY -5  P 3: 49

                                   LORETTA G. WHYTE
                                        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA ANN PITRE                            CIVIL ACTION

VERSUS                                       NUMBER: 00-118

KIRK RODRIGUE, ET AL.                        SECTION: "K"(5)

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

4/17/00        [signature]                    [signature]
Date           Plaintiff(s)                   Defendant(s)

DATE OF ENTRY
MAY 0 8 2000

ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to United States Magistrate Judge Alma L. Chasez for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. 636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this 5th day of May, 2000.

UNITED STATES DISTRICT JUDGE

CERTIFICATE OF FILING PARTY

Patricia B. Jones

I certify that the signatures affixed hereon represent the consent of all parties to the suit.