```
                                                      FILED
                                                 U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF LA
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA         2000 MAY 11  P 3:41

                                                    LORETTA G. WHYTE
                                                         CLERK
BARBARA ANN SCOTT PITRE,                  CIVIL ACTION
A/K/A BARBARA ANN SCOTT
VS.                                       NUMBER:  00-118
DEPUTY SHERIFF KIRK RODRIGUE,
DEPUTY SHERIFF J. PATRICK DeGRAVELLES,    SECTION: "K"
DEPUTY SHERIFF JULES TARULLO AND
SHERIFF CRAIG WEBRE,                      MAG. NUMBER: 5
PARISH OF LaFOURCHE
STATE OF LOUISIANA
```

**MOTION AND ORDER FOR LEAVE TO FILE AMENDING PETITION**

NOW INTO COURT, through undersigned counsel, comes BARBARA ANN SCOTT PITRE, a/k/a/ BARBARA ANN SCOTT, Plaintiff in the above proceedings, and on suggestion to the Court the following;

I.

Plaintiff desires to amend the original petition herein, adding as additional Defendant, COREGIS INSURANCE COMPANY, as insurer for the Defendants, DEPUTY SHERIFF KIRK RODRIGUE, ET AL, as disclosed during discovery in these proceedings.

II.

Undersigned counsel has personally conferred with Donald F. Harang, Jr., Esquire, for all Defendants, and he states that that he has no objection to the Plaintiff filing an amending petition to add as additional Defendant in these proceedings, COREGIS INSURANCE COMPANY.

```
DATE OF ENTRY
MAY 2 2 2000
```

1

Respectfully submitted,

FAVRET, DEMAREST, RUSSO & LUTKEWITTE
A Professional Law Corporation

J. PAUL DEMAREST, No. 4855
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
(504) 561-1006

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served on opposing counsel by depositing same in the U.S. mail, postage prepaid, this the 11th day of May, 2000.

_____
J. PAUL DEMAREST

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, A/K/A BARBARA ANN SCOTT VS. DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. PATRICK DeGRAVELLES, DEPUTY SHERIFF JULES TARULLO AND SHERIFF CRAIG WEBRE, PARISH OF LaFOURCHE STATE OF LOUISIANA | CIVIL ACTION<br><br>NUMBER:  00-118<br><br>SECTION: "K"<br><br>MAG. NUMBER: 5 |

**CERTIFICATE OF COUNSEL UNDER LOCAL RULE 7.6**

I, J. PAUL DEMAREST, hereby certify that I have personally conferred with counsel for all defendants in these proceedings, Donald F. Harang, Jr., Esquire, and that he states that he has no objection to Plaintiff filing an amending petition to add as additional Defendant in these proceedings, COREGIS INSURANCE COMPANY.

NEW ORLEANS, LOUISIANA this the 5 day of May, 2000.

Respectfully submitted,

FAVRET, DEMAREST, RUSSO & LUTKEWITTE
A Professional Law Corporation

J. PAUL DEMAREST, No. 4855
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
(504) 561-1006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, A/K/A BARBARA ANN SCOTT VS. DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. PATRICK DeGRAVELLES, DEPUTY SHERIFF JULES TARULLO AND SHERIFF CRAIG WEBRE, PARISH OF LaFOURCHE STATE OF LOUISIANA | CIVIL ACTION  NUMBER: 00-118  SECTION: "K"  MAG. NUMBER: 5 |

**MEMORANDUM IN SUPPORT OF MOTION TO AMEND PETITION**

MAY IT PLEASE THE COURT;

Plaintiff desires to add COREGIS INSURANCE COMPANY as additional Defendant in these proceedings in view of the fact that COREGIS INSURANCE COMPANY has been disclosed as the liability insurance carrier for the Defendants, covering the actions which are alleged in these pleadings.

Undersigned counsel has personally spoken with Donald F. Harang, Jr., Esquire, counsel for all Defendants, and he states that he has no objection to the Plaintiff filing the amending petition to add additional Defendant in these proceedings, COREGIS INSURANCE COMPANY.

WHEREFORE, Plaintiff prays that the Court grants this Motion to amend these pleadings to add additional Defendant, COREGIS INSURANCE COMPANY.

1

Respectfully submitted,

FAVRET, DEMAREST, RUSSO & LUTKEWITTE
A Professional Law Corporation

_____
J. PAUL DEMAREST, No. 4855
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
(504) 561-1006

2

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served on opposing counsel by depositing same in the U.S. mail, postage prepaid, this the 11th day of May, 2000.

_____
J. PAUL DEMAREST

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, <br> A/K/A BARBARA ANN SCOTT <br> VS. <br> DEPUTY SHERIFF KIRK RODRIGUE, <br> DEPUTY SHERIFF J. PATRICK DeGRAVELLES, <br> DEPUTY SHERIFF JULES TARULLO AND <br> SHERIFF CRAIG WEBRE, <br> PARISH OF LaFOURCHE <br> STATE OF LOUISIANA | CIVIL ACTION <br><br> NUMBER: 00-118 <br><br> SECTION: "K" <br><br> MAG. NUMBER: 5 |

### ORDER

Considering the Motion to amend these pleadings, adding additional defendant, COREGIS INSURANCE COMPANY, filed by the plaintiff in these proceedings, the Court being of the opinion that same should be granted;

IT IS ORDERED that the Amending Petition of the plaintiff is hereby permitted to be filed in these proceedings and let service issue in accordance with the law.

NEW ORLEANS, LOUISIANA this the 22nd day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE