

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 21 AM 11: 55

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. PATRICK DeGRAVELLES, ET AL | SECT. K MAG. 5 |

### MOTION FOR LEAVE OF COURT TO AMEND WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendants Deputy Sheriff Kirk Rodrigue, Deputy Sheriff J. P. DeGravelles, Deputy Sheriff Jules Tarullo and Sheriff Craig Webre, who respectfully submit this Motion for Leave of Court in order to file the attached Amended List of Witnesses who <u>may</u> testify at trial and the following Amended List of Exhibits which <u>may</u> be introduced at trial, after the date for filing the Witness and Exhibit List, September 8, 2000, as stated in the Minute Entry of Magistrate Chasez of April 7, 2000.

BY: _____
DONALD F. HARANG, JR. # 6531
HARANG LAW FIRM
(A PROFESSIONAL LAW CORPORATION)
P.O. DRAWER 340
LAROSE, LOUISIANA 70373
(504) 693-7830

DATE OF ENTRY
OCT 0 2 2000

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc.No. 20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, <br> A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, <br> DEPUTY SHERIFF J. PATRICK DeGRAVELLES, <br> ET AL | SECT. K MAG. 5 |

## ORDER

Considering the Motion to amend the Amended Witness and Exhibit List, filed by the defendants, Deputy Sheriff Kirk Rodrigue, Deputy Sheriff J. P. DeGravelles, Deputy Sheriff Jules Tarullo and Sheriff Craig Webre, in these proceedings, the Court being of the opinion that same should be granted;

IT IS ORDERED that the Amended Witness and Exhibit List of the above named defendants is hereby permitted to be filed in these proceedings.

NEW ORLEANS, LOUISIANA this the ___27___ day of September, 2000.

_____
JUDGE

15