

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 2, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA ANN SCOTT PITRE,                    CIVIL ACTION
A/K/A BARBARA ANN SCOTT
VERSUS                                      NUMBER: 00-0118

DEPUTY SHERIFF KIRK RODRIGUE, ET AL.        SECTION: "K"(5)


　　　　Oral argument on Defendants' Partial Motion for Summary

Judgment will be conducted on October 18, 2000 at 11:00 a.m. before

Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs

Building, Room B311, New Orleans, Louisiana.


　　　　　　　　　　　　　　　　　ALMA L. CHASEZ
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


DATE OF ENTRY
OCT 0 3 2000