UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 10 PM 4:31

LORETTA G. WHYTE
CLERK

BARBARA ANN SCOTT PITRE,
A/K/A BARBARA ANN SCOTT
VS.
DEPUTY SHERIFF KIRK RODRIGUE,
DEPUTY SHERIFF J. PATRICK DeGRAVELLES,
DEPUTY SHERIFF JULES TARULLO AND
SHERIFF CRAIG WEBRE,
PARISH OF LaFOURCHE
STATE OF LOUISIANA

CIVIL ACTION

NUMBER:  00-118

SECTION: "K"

MAG. NUMBER: 5

## MOTION TO ENROLL AS CO-COUNSEL

**ON MOTION OF J. PAUL DEMAREST**, counsel for plaintiff, **BARBARA ANN SCOTT PITRE a/k/a BARBARA ANN SCOTT**, and on suggestion to the Court the following:

I.

Undersigned counsel desires to add as co-counsel, **ELIA DIAZ-YAEGER**, Attorney At Law with the firm of **FAVRET, DEMAREST, RUSSO & LUTKEWITTE**, and request permission to have her enrolled as co-counsel for plaintiff.

Considering the premises above stated;

**IT IS ORDERED** that **ELIA DIAZ-YAEGER**, being the same, is hereby entered as co-counsel for plaintiff, **BARBARA ANN SCOTT a/k/a BARBARA ANN SCOTT PITRE**, in these proceedings.

**NEW ORLEANS, LOUISIANA** this the _11_ day of October, 2000.

_(signature)_
**UNITED STATES MAGISTRATE**

DATE OF ENTRY

OCT 1 2 2000

Respectfully submitted,

FAVRET, DEMAREST, RUSSO & LUTKEWITTE
A Professional Law Corporation

_____
J. PAUL DEMAREST, No. 4855
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone: (504) 561-1006
Facsimile: (504) 523-0699


FAVRET, DEMAREST, RUSSO & LUTKEWITTE
A Professional Law Corporation

_____
ELIA DIAZ-YAEGER, No. 23465
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone: (504) 561-1006
Facsimile: (504) 523-0699

2