```
                FILED
        U.S. DISTRICT COURT
      EASTERN DISTRICT OF LA

        2000 OCT 10  PM 3:41

          LORETTA G. WHYTE
               CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. PATRICK DeGRAVELLES, ET AL | SECT. K  MAG. 5 |

## MOTION FOR LEAVE OF COURT TO AMEND STATEMENT OF FACTS NOT IN DISPUTE FOR PARTIAL MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendants Deputy Sheriff Kirk Rodrigue, Deputy Sheriff J. P. DeGravelles, Deputy Sheriff Jules Tarullo and Sheriff Craig Webre, who move this Honorable Court to grant defendants' Motion For Leave of Court to Amend Statement of Facts Not in Dispute for Partial Motion for Summary Judgment for the reasons more fully set forth in the accompanying memorandum in support hereof.

```
                    HARANG LAW FIRM
                    A PROFESSIONAL LAW CORPORATION
                    P.O. DRAWER 340
                    LAROSE, LA  70373
                    TELEPHONE:  (504) 693-7830

              BY:   _____
                    DONALD F. HARANG, JR.
                    BAR ROLL NUMBER: 6521
```

DATE OF ENTRY
OCT 12 2000

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, <br> A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, <br> DEPUTY SHERIFF J. PATRICK DeGRAVELLES, <br> ET AL | SECT. K  MAG. 5 |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO AMEND STATEMENT OF FACTS NOT IN DISPUTE FOR PARTIAL MOTION FOR SUMMARY JUDGMENT**

MAY IT PLEASE THE COURT, through undersigned counsel, comes defendants Deputy Sheriff Kirk Rodrigue, Deputy Sheriff J. P. DeGravelles, Deputy Sheriff Jules Tarullo and Sheriff Craig Webre, who respectfully requests this Honorable Court grant this Motion for Leave of Court to amend the Statement of Facts Not in Dispute section in defendants' Partial Motion for Summary Judgment by adding said paragraph and its attached exhibits for the following reasons:

1.

A paragraph was inadvertently left out of the Statement of Facts Not in Dispute section.

2.

Portions of the Partial Motion for Summary Judgment rely on the section in question and refer to its content and accompanying exhibits.

CONCLUSION

Defendants request that this Honorable Court grant this Motion for Leave of Court to

2

Amend the Statement of Facts Not in Dispute section in the Partial Motion for Summary Judgment, in this matter, as this paragraph and its accompanying exhibits were originally intended to be part of the Partial Motion for Summary Judgment.

RESPECTFULLY SUBMITTED,

HARANG LAW FIRM
(A PROFESSIONAL LAW CORPORATION)
P.O. Drawer 340
Larose, Louisiana 70373
Telephone: (504) 693-7830

BY: _____
DONALD F. HARANG, JR.
BAR ROLL NUMBER: 6531

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all opposing Counsel of Record, by placing same in the U.S. Mail Postage Prepaid, this 6th day of October, 2000.

_____
DONALD F. HARANG, JR.

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARBARA ANN SCOTT PITRE,** <br> **A/K/A BARBARA ANN SCOTT** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 00-0118** |
| **DEPUTY SHERIFF KIRK RODRIGUE,** <br> **DEPUTY SHERIFF J. PATRICK DeGRAVELLES,** <br> **ET AL** | **SECT. K MAG. 5** |

### ORDER FOR MOTION FOR LEAVE OF COURT TO AMEND STATEMENT OF FACTS NOT IN DISPUTE FOR PARTIAL MOTION FOR SUMMARY JUDGMENT

CONSIDERING the foregoing Motion,

IT IS HEREBY ORDERED that defendants' Motion for Leave of Court to Amend Statement of Facts Not in Dispute section in the Partial Motion for Summary Judgment be granted and said amendment, including exhibits, be incorporated in the Partial Motion for Summary Judgment.

New Orleans, Louisiana, this 11th day of Oct, 2000.

_____
MAGISTRATE ALMA L. CHASEZ