```
                                                       FILED
                                                 U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF LA

                                               2000 OCT 20  PM 4: 08
                                                 OCT 20 2000
                                                LORETTA G. WHYTE
                                                     CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 18, 2000

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

BARBARA ANN SCOTT PITRE            CIVIL ACTION
a/k/a BARBARA ANN SCOTT
VERSUS                          NUMBER: 00-0118

DEPUTY SHERIFF KIRK RODRIGUE,      SECTION: "K"(5)
ET AL.


### HEARING ON MOTION

APPEARANCES:   Donald Harang, Paul Demarest, Elia Diaz-Yaeger

MOTION:

(1) Defendants' Motion for Partial Summary Judgment

  _____ :    Continued to

  _____ :    No Opposition

  \_\_1\_\_ :    Opposition

  _____ :    Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
OCT 2 3 2000

\_\_\_ Fee
\_\_\_ Process
_X_ Dktd
\_\_\_ CtRmDep
Doc.No. 27

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

__1__ : Other.

    Defendants' motion is granted insofar as it seeks the dismissal of plaintiff's federal claims against Sheriff Webre. In all other respects, the motion is denied. Numerous material facts remain in dispute and defendants admit that plaintiff was arrested in her home without a warrant. The Fourth Amendment prohibits the warrantless entry into a suspect's home to make an arrest even if the arrest is supported by probable cause. <u>Illinois v. Rodriguez</u>, 497 U.S. 177, 181, 110 S.Ct. 2793, 2797 (1990); <u>Minnesota v. Olson</u>, 495 U.S. 91, 95, 110 S.Ct. 1684, 1687 (1990); <u>Payton v. New York</u>, 445 U.S. 573, 100 S.Ct. 1371 (1980).

    The Court also entertained the parties' request for a continuance and hereby continues the non-jury trial date to January 25, 2001 at 10:00 a.m. with a pre-trial conference to go forward on January 17, 2001 at 2:00 p.m.

*/s/ ALC*

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE