

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 24, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE a/k/a BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | NUMBER: 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, ET AL. | SECTION: "K"(5) |

    The Court hereby amends its minute entry of October 18, 2000 to indicate that the location where plaintiff was arrested is in dispute. With that material fact in dispute, the Court is unable to determine whether the warrantless arrest was objectively reasonable.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 25 2000