FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 20  AM 10:58
OCT 20 2000
LORETTA G. WHYTE
         CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. PATRICK DeGRAVELLES, ET AL | SECT. K MAG. 5 |

## MOTION FOR LEAVE OF COURT TO CONTINUE TRIAL DATE

NOW INTO COURT, through undersigned counsel, comes defendants Deputy Sheriff Kirk Rodrigue, Deputy Sheriff J. P. DeGravelles, Deputy Sheriff Jules Tarullo and Sheriff Craig Webre, who move this Honorable Court to grant defendants' Motion For Leave of Court to continue the trial date in this matter for a definite date, for reasons more fully set forth in the accompanying memorandum in support hereof.

> HARANG LAW FIRM
> A PROFESSIONAL LAW CORPORATION
> P.O. DRAWER 340
> LAROSE, LA 70373
> TELEPHONE: (504) 693-7830
>
> BY: _____
> DONALD F. HARANG, JR.
> BAR ROLL NUMBER: 6531

____ Fee ____
____ Process ____
_X_ Dktd ____
_ _ CtRmDep
Doc.No. ____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA ANN SCOTT PITRE,                CIVIL ACTION
A/K/A BARBARA ANN SCOTT

VERSUS                                  CASE NO. 00-0118

DEPUTY SHERIFF KIRK RODRIGUE,           SECT. K MAG. 5
DEPUTY SHERIFF J. PATRICK DeGRAVELLES,
ET AL

### ORDER

Considering the Motion to continue the trial date filed by the defendants, Deputy Sheriff Kirk Rodrigue, Deputy Sheriff J. P. DeGravelles, Deputy Sheriff Jules Tarullo and Sheriff Craig Webre, in these proceedings, the Court being of the opinion that same should be granted;

IT IS ORDERED that the trial date in this matter be continued to the __25th__ day of __January__, 2001.

NEW ORLEANS, LOUISIANA this the __25__ day of __Oct__, 2000.

_____
Magistrate JUDGE

6