FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 17 PM 4: 51

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. PATRICK DeGRAVELLES, ET AL | SECT. K MAG. 5 |

## MOTION FOR LEAVE OF COURT
## TO FILE THIRD AMENDED WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendants Deputy Sheriff Kirk Rodrigue, Deputy Sheriff J. P. DeGravelles, Deputy Sheriff Jules Tarullo and Sheriff Craig Webre, who respectfully submit this Motion for Leave of Court in order to file the attached Third Amended List of Witnesses who <u>may</u> testify at trial and the following Third Amended List of Exhibits which <u>may</u> be introduced at trial. The Minute Entry of Magistrate Chasez of April 7, 2000, set November 16, 2000, as the trial date and at least 60 days prior to the Final Pretrial Conference date, as the date for both parties to file their Witness and Exhibit List. On October 18, 2000, the court granted a continuance on the trial date from November 16, 2000, to January 25, 2001. With this continuance, the date for filing the Witness and Exhibit List is moved to November 17, 2000. Nonetheless and out of an abundance of caution, defendants file this

DATE OF ENTRY
DEC 0 4 2000

1

Motion for Leave of Court to file a Third Amended Witness and Exhibit List, even though this filing is within the time limit allotted for such a filing.

BY: /s/ _____
DONALD F. HARANG, JR. # 6531
HARANG LAW FIRM
(A PROFESSIONAL LAW CORPORATION)
P.O. DRAWER 340
LAROSE, LOUISIANA 70373
(504) 693-7830

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. PATRICK DeGRAVELLES, ET AL | SECT. K MAG. 5 |

## ORDER

Considering the Motion to File a Third Amended Witness and Exhibit List, filed by the defendants, Deputy Sheriff Kirk Rodrigue, Deputy Sheriff J. P. DeGravelles, Deputy Sheriff Jules Tarullo and Sheriff Craig Webre, in these proceedings, the Court being of the opinion that same should be granted;

IT IS ORDERED that the Third Amended Witness and Exhibit List of the above named defendants is hereby permitted to be filed in these proceedings.

NEW ORLEANS, LOUISIANA this the 30 day of November, 2000.

_____
Magistrate JUDGE

23