```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


BARBARA ANN PITRE                          CIVIL ACTION

VERSUS                                     NO. 00-0118

KIRK RODRIGUE, ET AL.                      SECTION "K" (5)


              THURSDAY, JANUARY 25, 2001, 10:00 A.M.
              MAGISTRATE JUDGE ALMA CHASEZ, PRESIDING

COURTROOM DEPUTY: DAVID STECHMANN
COURT REPORTER: RHONDA HARDIN

COUNSEL FOR PLAINTIFF:   JOSEPH P. DEMAREST & ELIA DIAZ-YAEGER
COUNSEL FOR DEFENDANT:   DONALD F. HARANG, JR. & AYESHA DINSHAW

                         NON-JURY TRIAL
```

---

ALL PRESENT AND READY.

FACT WITNESSES SEQUESTERED.

PLAINTIFF AND DEFENDANT EXHIBITS ADMITTED.

STIPULATION ENTERED.

PLAINTIFFS CASE.

PLAINTIFFS WITNESSES CALLED & SWORN: DEPUTY J. PAUL DEGRAVELLES, SGT. KIRK RODRIGUE, JULES TARULLO, ALVIN LEGENDRE, DR. JOSEPH L. PALOTTA, AND VANESSA LEBLANC.

COURT RECESSED AT 6:15 P.M. UNTIL 10:00 A.M. ON JANUARY 26, 2001.

DATE OF ENTRY
JAN 29 2001

