UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN PITRE | CIVIL ACTION |
| VERSUS | NO. 00-0118 |
| KIRK RODRIGUE, ET AL. | SECTION "K" (5) |

FRIDAY, JANUARY 26, 2001, 10:00 A.M.
MAGISTRATE JUDGE ALMA CHASEZ, PRESIDING

COURTROOM DEPUTY: DAVID STECHMANN
COURT REPORTER: RHONDA HARDIN

COUNSEL FOR PLAINTIFF:   JOSEPH P. DEMAREST & ELIA DIAZ-YAEGER
COUNSEL FOR DEFENDANT:   DONALD F. HARANG, JR. & AYESHA DINSHAW

NON-JURY TRIAL

---

ALL PRESENT AND READY.

TRIAL CONTINUED FROM JANUARY 25, 2001.

PLAINTIFFS WITNESS CALLED & SWORN: BARBARA ANN SCOTT.

PLAINTIFF RESTS.

MOTION OF DEFENDANT, KIRK RODRIGUE, ET AL., FOR JUDGMENT AS A MATTER OF LAW. ORAL ARGUMENT, MOTION DENIED.

DEFENSE CASE.

DEFENSE WITNESSES CALLED AND SWORN: WENDELL B. FRIDLAY, MALCOM DUPRE, KYLE CRESSIONE, EDDIE RODRIGUE, SCOTT SILVERII, BRETT THERIOT, BOBBY GIDEON, JOHN MORSE, DETECTIVE LAUREN CHIASSON, AND MICHAEL CLEMENT.

COURT RECESSED AT 6:15 P.M. UNTIL 10:00 A.M. ON FEBRUARY 5, 2001.

