UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA ANN PITRE                                    CIVIL ACTION

VERSUS                                               NO. 00-0118

KIRK RODRIGUE, ET AL.                                SECTION "K" (5)

FRIDAY, FEBRUARY 5, 2001, 10:00 A.M.
MAGISTRATE JUDGE ALMA CHASEZ, PRESIDING

COURTROOM DEPUTY: DAVID STECHMANN
COURT REPORTER: RHONDA HARDIN

COUNSEL FOR PLAINTIFF:   JOSEPH P. DEMAREST & ELIA DIAZ-YAEGER
COUNSEL FOR DEFENDANT:   DONALD F. HARANG, JR. & AYESHA DINSHAW

NON-JURY TRIAL

ALL PRESENT AND READY.

TRIAL CONTINUED FROM JANUARY 26, 2001.

DEFENSE WITNESSES CALLED AND SWORN: BARBARA LEGENDRE, JULES TARULLO, SHERIFF KIRK RODRIGUE, J. PATRICK DEGRAVELLES, AND SHERIFF CRAIG WEBRE.

DEFENSE RESTS.

CASE SUBMITTED.

COURT ADJOURNED.

DATE OF ENTRY
FEB 0 6 2001