```
                                                    FILED
                                               U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF LA

                                               2001 APR 30  P 4: 12

                                                LORETTA G. WHYTE
                                                      CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
APRIL 27, 2001

            UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA

BARBARA ANN SCOTT PITRE                       CIVIL ACTION
a/k/a BARBARA ANN SCOTT

VERSUS                                        NUMBER: 00-0118

DEPUTY SHERIFF KIRK RODRIGUE, ET AL.          SECTION: "K"(5)


     Closing argument in the above matter will be conducted on May 24, 2001 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.


                                            ALC
                                 ALMA L. CHASEZ
                      UNITED STATES MAGISTRATE JUDGE


DATE OF ENTRY
MAY 1, 2001