```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                     2001 MAY 25  AM 10:05

                                       LORETTA G. WHYTE
                                            CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MAY 24, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA ANN SCOTT PITRE                    CIVIL ACTION
a/k/a BARBARA ANN SCOTT

VERSUS                                     NUMBER: 00-0118

DEPUTY SHERIFF KIRK RODRIGUE, ET AL.       SECTION: "K"(5)


The closing arguments scheduled for May 24, 2001 in the above matter is hereby **RESCHEDULED** for June 8, 2001 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                    _____
                                         ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE

```
DATE OF ENTRY
MAY 25 2001
```

