

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE<br>a/k/a BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | NUMBER: 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, ET AL. | SECTION: "K"(5) |

JUDGMENT

The Court, having considered the record, the evidence, the applicable law, and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of the plaintiff, Barbara Scott Pitre, and against defendants, Sheriff Craig Webre and Coregis Insurance Company, in the full and true sum of **Twenty-Seven Thousand Six Hundred Forty and 00/100 ($27,640.00) Dollars** together with legal interest from date of judicial demand and all costs of these proceedings. As to all other defendants, the claims of plaintiff are dismissed with prejudice.





New Orleans, Louisiana, this 20 day of December, 2001.

_____
UNITED STATES MAGISTRATE JUDGE