

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 18 PM 4: 27

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, <br> A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, <br> DEPUTY SHERIFF J. P. DeGRAVELLES, <br> DEPUTY JULES TARULLO AND <br> SHERIFF CRAIG WEBRE, <br> PARISH OF LAFOURCHE <br> STATE OF LOUISIANA | SECT. K MAG. 5 |

### NOTICE OF APPEAL TO
### UNITED STATES COURT OF APPEALS
### FOR THE 5TH CIRCUIT

Notice is hereby given that defendants SHERIFF CRAIG WEBRE AND COREGIS INSURANCE COMPANY, in the above named case, hereby appeal to the United States Court of Appeals for the 5th Circuit from the final Judgment and Order of the district court for the Eastern District of Louisiana, entered in this case on December 24, 2001, which found that the said defendants were liable to the plaintiff for only a state law violation in the amount of $27,640.00 together with legal interest from date of judicial demand and all costs of these proceedings.

The parties to the judgment and order appealed from and the names and addresses of their respective attorneys are as follows:

___ Fee /05.00 pd
___ Process
X  Dktd
___ CtRmDep
___ Doc.No. 42

1

BARBARA ANN SCOTT PITRE A/K/A BARBARA ANN SCOTT
Through her counsel of record:
Mr. J. Paul Demarest & Ms. Elia Diaz-Yaeger
FAVRET, DEMAREST, RUSSO & LUTKEWITTE
1515 Poydras St., Suite 1400
New Orleans, LA 70112

DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. P. DeGRAVELLES, DEPUTY JULES TARULLO, LAFOURCHE PARISH SHERIFF CRAIG WEBRE, AND COREGIS INSURANCE COMPANY:
Through their counsel of record:
Mr. Donald F. Harang, Jr. & Mrs. Ayesha Dinshaw
HARANG LAW FIRM
(A PROFESSIONAL LAW CORPORATION)
P.O. Drawer 340
Larose, Louisiana 70373

Date: January 18, 2002

RESPECTFULLY SUBMITTED:

COUNSEL FOR SHERIFF CRAIG WEBRE AND COREGIS INSUARNCE COMPANY

BY: _____
DONALD F. HARANG, JR. #6531
AYESHA DINSHAW #26586
HARANG LAW FIRM
(A PROFESSIONAL LAW CORPORATION)
P.O. DRAWER 340
LAROSE, LOUISIANA 70373
(504) 693-7830

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 18th day of January, 2002, served a copy of the foregoing pleading to Mr. J. Paul Demarest & Ms. Elia Diaz-Yaeger, FAVRET, DEMAREST, RUSSO & LUTKEWITTE 1515 Poydras St., Suite 1400, New Orleans, LA 70112, by U.S. Mail, postage prepaid.

_____
DONALD F. HARANG, JR.

2