UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

JAN 28 2002

LORETTA G. WHYTE
CLERK

BARBARA ANN SCOTT PITRE,            CIVIL ACTION
A/K/A BARBARA ANN SCOTT
VS.                                 CASE NO. 00-0118
DEPUTY SHERIFF KIRK RODRIGUE,
DEPUTY SHERIFF J. P. DeGRAVELLES,   SECT. K  MAG. 5
DEPUTY JULES TARULLO AND
SHERIFF CRAIG WEBRE,
PARISH OF LaFOURCHE
STATE OF LOUISIANA

### NOTICE OF APPEAL

**NOW INTO COURT**, through undersigned counsel, comes **BARBARA ANN SCOTT PITRE, a/k/a/ BARBARA ANN SCOTT**, and hereby files a Notice of Appeal to the final Judgment and Order of the District Court of the Eastern District of Louisiana entered in this case on December 24, 2001, in accordance with Rules of Appellate Procedure 4(a)(3).

The parties to this Judgment and Order appealed from and the names and addresses of their respective attorneys are as follows:

DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. P. DeGRAVELLES,
DEPUTY JULES TARULLO, LAFOURCHE PARISH CRAIG WEBRE, AND
COREGIS INSURANCE COMPANY:
Through their counsel of record:
MR. DONALD F. HARANG, JR. & MRS. AYESHA DINSHAW
HARANG LAW FIRM
A Professional Law Corporation
P.O. Drawer 340
Larose, Louisiana 70373

and

BARBARA ANN SCOTT PITRE A/K/A BARBARA ANN SCOTT
Through her counsel of record:
J. PAUL DEMAREST and ELIA DIAZ-YAEGER
FAVRET, DEMAREST, RUSSO & LUTKEWITTE
A Professional Law Corporation
Suite 1400, 1515 Poydras Street
New Orleans, Louisiana 70112

Dated: January 28, 2002

Respectfully submitted,

FAVRET, DEMAREST, RUSSO & LUTKEWITTE
A Professional Law Corporation

_____
J. PAUL DEMAREST, No. 4855
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone: (504) 561-1006
Facsimile: (504) 523-0699

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served on opposing counsel by depositing same in the U.S. mail, postage prepaid, this the 28th day of January, 2002.

_____
J. PAUL DEMAREST