FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 30 PM 2:00
JAN 3 0 2002
LORETTA G. WHYTE
        CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. PATRICK DeGRAVELLES, ET AL | SECT. K  MAG. 5 |

### MOTION TO GRANT STAY OF JUDGMENT AND ORDER

NOW INTO COURT, through undersigned counsel, comes defendants Sheriff Craig Webre and Coregis Insurance Company, who move this Honorable Court to grant said defendants' Motion for Stay of Judgment and Order in this matter pending the final decision of appeal from the 5th Circuit Court of Appeals for reasons more fully set forth in the accompanying memorandum in support hereof.

                                          HARANG LAW FIRM
                                        A PROFESSIONAL LAW CORPORATION
                                        P.O. DRAWER 340
                                        LAROSE, LA  70373
                                        TELEPHONE: (504) 693-7830

BY: _____
                                        DONALD F. HARANG, JR.
                                        BAR ROLL NUMBER:  6531
                                        AYESHA DINSHAW
                                        BAR ROLL NUMBER: 26586

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARBARA ANN SCOTT PITRE,** <br> **A/K/A BARBARA ANN SCOTT** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 00-0118** |
| **DEPUTY SHERIFF KIRK RODRIGUE,** <br> **DEPUTY SHERIFF J. PATRICK DeGRAVELLES,** <br> **ET AL** | **SECT. K  MAG. 5** |

## MEMORANDUM IN SUPPORT OF MOTION TO
## GRANT STAY OF JUDGMENT AND ORDER

MAY IT PLEASE THE COURT, through undersigned counsel, comes defendants Sheriff Craig Webre and Coregis Insurance Company, who respectfully request this Honorable Court to grant this Motion for Stay of Judgment and Order.

Said defendants have filed a Notice of Appeal in this matter on January 18, 2002. Additionally, transcripts for the appeal have also been ordered. Since the appellate process can continue for an extensive amount of time, defendants request that this Honorable Court grant a stay of this judgment and order until the final decision is rendered by the 5th Circuit Court of Appeals, in this matter.

Federal Rules of Civil Procedure Rule 62(f) states:

> "**Stay According to State Law**. In any state in which a judgment is a lien upon the property of the judgment debtor and in which the judgment debtor is entitled to a stay of execution, a judgment debtor is entitled, in the district court held therein, to such stay as would be accorded the judgment debtor had the action been maintained in the courts of that state."

Additionally, LA R.S. 13:4581 states:

> "The state, state agencies, political subdivisions, ... sheriffs, sheriffs' departments, and law enforcement districts, ... shall not be required to furnish any

2

> appeal bond or any other bond whatsoever in any judicial proceedings instituted by or brought against them, that arise from activities within the scope and course or their duties and employment."

A Judgment and Order entered on December 24, 2001, by Magistrate Alma Chasez in the United States District Court Eastern District of Louisiana, found that the said defendants were liable to the plaintiff for a state law violation in the amount of TWENTY-SEVEN THOUSAND SIX HUNDRED FORTY AND NO/100 ($27,640.00) DOLLARS together with legal interest from date of judicial demand and all costs of these proceedings. According to LA R.S. 13:4581, the Sheriff and his insurance company would not have to post an appeal bond since the action brought against him involved activities within the scope and course of his official duties and employment. Therefore, since Louisiana state law does not require the posting of the bond, Federal Rule of Civil Procedure Rule 62(f) allows said defendants to acquire a stay of judgment without posting a bond.

In conclusion, both LA R.S. 13:4581 and Federal Rules of Civil Procedure Rule 62(f) allow for Sheriff Webre and Coregis Insurance Company to appeal said Judgment and Order without furnishing bond for an appeal. Therefore, Sheriff Webre and Coregis Insurance Company request that this Honorable Court grant a stay from Judgment and Order without posting a bond.

RESPECTFULLY SUBMITTED,

HARANG LAW FIRM
(A PROFESSIONAL LAW CORPORATION)
P.O. Drawer 340
Larose, Louisiana 70373
Telephone: (504) 693-7830

BY: _____
DONALD F. HARANG, JR.
BAR ROLL NUMBER: 6531
AYESHA DINSHW
BAR ROLL NUMBER: 26586

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. PATRICK DeGRAVELLES, ET AL | SECT. K  MAG. 5 |

## NOTICE OF HEARING

To:  J. Paul Demarest
     Elia Diaz-Yaegar
     Favret, Demarest, Russo & Lutkewitte
     1515 Poydras Street, Suite 1400
     New Orleans, Louisiana 70112

**PLEASE TAKE NOTICE** that the foregoing Motion to Grant Stay of Judgment and Order, filed on behalf of defendants, Sheriff Craig Webre and Coregis Insurance Company will be brought before the Honorable United States Magistrate Judge Alma L. Chasez, United States District Court for the Eastern District of Louisiana, 501 Magazine Street, B-311, New Orleans, Louisiana 70130, on Wednesday, February 20, 2002, at 11:00 a.m.

RESPECTFULLY SUBMITTED:

_____
DONALD F. HARANG, JR
LA BAR ROLL NO. 6531
AYESHA DINSHAW
LA BAR ROLL NO. 26586.
HARANG LAW FIRM (APLC)
11884 HWY 308 NORTH
P.O. DRAWER 340
LAROSE, LOUISIANA  70373
(504) 693-7830

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all opposing Counsel of Record, by placing same in the U.S. Mail Postage Prepaid, this 28th day of January, 2002.

_____
DONALD F. HARANG, JR.

5