FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -1 PM 12: 21

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
JANUARY 31, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA ANN SCOTT PITRE,                CIVIL ACTION
a/k/a BARBARA ANN SCOTT

VERSUS                                  NUMBER: 00-0118

DEPUTY SHERIFF KIRK RODRIGUE, ET AL.    SECTION: "K"(5)

Oral argument on Defendants' Motion to Grant Stay of Judgment and Order will be conducted on February 20, 2002 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

DATE OF ENTRY
FEB 0 1 2002

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE