

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -8 PM 3: 33
FEB 0 8 2002
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, <br> A/K/A BARBARA ANN SCOTT <br> VS. <br> DEPUTY SHERIFF KIRK RODRIGUE, <br> DEPUTY SHERIFF J. PATRICK DeGRAVELLES, <br> DEPUTY SHERIFF JULES TARULLO AND <br> SHERIFF CRAIG WEBRE, <br> PARISH OF LaFOURCHE <br> STATE OF LOUISIANA | CIVIL ACTION <br><br> NUMBER: 00-118 <br><br> SECTION: "K" <br><br> MAG. NUMBER: 5 |

### OPPOSITION TO MOTION TO GRANT STAY OF JUDGMENT AND ORDER

NOW INTO COURT, through undersigned counsel, comes **BARBARA ANN SCOTT PITRE, a/k/a/ BARBARA ANN SCOTT**, Plaintiff in the foregoing proceedings, and specifically opposes the Motion of defendant, Coregis Insurance Company, requesting a grant of stay of Judgment and Order without posting of bond, for the reasons stated in the attached Memorandum.

Respectfully submitted,

FAVRET, DEMAREST, RUSSO & LUTKEWITTE
A Professional Law Corporation

*/s/ J. Paul Demarest*

J. PAUL DEMAREST, No. 4855
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone: (504) 561-1006
Facsimile: (504) 523-0699

1

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served on opposing counsel by depositing same in the U.S. mail, postage prepaid, this the 7th day of February, 2002.

_____
J. PAUL DEMAREST

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VS. | NUMBER: 00-118 |
| DEPUTY SHERIFF KIRK RODRIGUE, DEPUTY SHERIFF J. PATRICK DeGRAVELLES, | SECTION: "K" |
| DEPUTY SHERIFF JULES TARULLO AND SHERIFF CRAIG WEBRE, PARISH OF LaFOURCHE STATE OF LOUISIANA | MAG. NUMBER: 5 |

## MEMORANDUM IN OPPOSITION OF GRANTING OF STAY TO COREGIS INSURANCE COMPANY

**MAY IT PLEASE THE COURT:**

The memorandum of law and authorities cited by counsel for Sheriff Craig Webre correctly states the applicable Federal Rules [62(f)] and Louisiana Revised Statute R.S. 13:4581 as it pertains to a state agency and the sheriff in these proceedings. However, the statute and jurisprudence are totally devoid of any such stay or exemptions from posting of appeal bond to an insurance carrier insuring a state agency.

Undersigned counsel has been unable to locate any case on point that would specifically grant an insurance carrier, cast in judgment although insuring a state agency, exempt from posting of a surety bond for a suspensive appeal.

Accordingly, plaintiff respectfully acquiesces to the Sheriff's exemption from posting of a bond but specifically plead that the Court order that Coregis Insurance Company post a suspensive appeal bond since ultimately Coregis Insurance Company

1

may be the party cast in judgment and certainly subject to the Federal Rules of Civil Procedure dealing with suspensive appeal bonds.

>Respectfully submitted,
>
>FAVRET, DEMAREST, RUSSO & LUTKEWITTE
>A Professional Law Corporation
>
>_____
>J. PAUL DEMAREST, No. 4855
>1515 Poydras Street, Suite 1400
>New Orleans, Louisiana 70112
>Telephone: (504) 561-1006
>Facsimile: (504) 523-0699

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served on opposing counsel by depositing same in the U.S. mail, postage prepaid, this the 7th day of February, 2002.

_____
J. PAUL DEMAREST

2