

```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2002 FEB 21  PM 1:25

                LORETTA G. WHYTE
                     CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 19, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, a/k/a BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | NUMBER: 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE, ET AL. | SECTION: "K"(5) |

### HEARING ON MOTION

APPEARANCES:

MOTION:

(1) Defendants' Motion to Grant Stay of Judgment (Rec. doc. 44).

_____ :   Continued to

_____ :   No Opposition

\_\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

```
DATE OF ENTRY
  FEB 21 2002
```

```
___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep___
___ Doc. No. 48
```

## ORDERED

__1__ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

_____ : Other.

*[signature]*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE