


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA ANN SCOTT PITRE,<br>A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 00-0118 |
| DEPUTY SHERIFF KIRK RODRIGUE,<br>DEPUTY SHERIFF J. P. DeGRAVELLES,<br>DEPUTY JULES TARULLO AND<br>SHERIFF CRAIG WEBRE,<br>PARISH OF LAFOURCHE<br>STATE OF LOUISIANA | SECT. K MAG. 5 |

### STIPULATION OF DISMISSAL

Plaintiff Barbara Ann Scott Pitre a/k/a Barbara Ann Scott and defendants, Sheriff Craig J. Webre, Deputy Sheriff Kirk Rodrigue, Deputy Sheriff J.P. DeGravelles, and Jules Tarullo,, individually and in their official capacities as Lafourche Parish Sheriff's Deputies, and Coregis Insurance Company, agree to dismiss this action with prejudice.

Dated: 3/19/02

J. PAUL DEMAREST, No. 4855
ELIA DIAZ-YAEGER No.24635
Attorney for Barbara Ann Scott Pitre
a/k/a Barbara Ann Scott
1515 Poydras Street
Suite 1400
New Orleans, LA 70112

DONALD F. HARANG, JR. No. 6531
AYESHA DINSHAW No. 26586
Attorney for Sheriff Craig J. Webre, Deputy Sheriff
Kirk Rodrigue, Deputy Sheriff J.P. DeGravelles,
Jules Tarullo and Coregis Insurance Company
P.O. Drawer 340
Larose, LA 70373