No. 02-30108

CV 00-118 K

BARBARA ANN PITRE, also known as Barbara Ann Scott

    Plaintiff - Appellee-Cross-Appellant

v.

KIRK RODRIGUE, Deputy Sheriff; J PATRICK DEGRAVELLES, Deputy Sheriff; JULES TARULLO, Deputy

    Defendants - Appellees

CRAIG WEBRE, Sheriff, Parish of LaFourche State of Louisiana; COREGIS INSURANCE COMPANY

    Defendants - Appellants-Cross-Appellees

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR - 1 2002
LORETTA G. WHYTE
CLERK

## ENTRY OF DISMISSAL

Pursuant to the stipulation of the parties the appeals are dismissed this 22nd day of March, 2002, see FED. R. APP. P. 42(b).

                        CHARLES R. FULBRUGE III
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

By: /s/ Linda Miles
      Linda Miles, Deputy Clerk

      FOR THE COURT - BY DIRECTION

Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: /s/ Linda Miles, Deputy
New Orleans, Louisiana

```
                                    U.S. COURT OF APPEALS
                                         FILED

                                       MAR 21 2002

                                    CHARLES R. FULBRUGE III
                                            CLERK
```

## UNITED STATES COURT OF APPEALS
## FIFTH CIRCUIT

| | |
|---|---|
| BARBARA ANN SCOTT PITRE, <br> A/K/A BARBARA ANN SCOTT | CIVIL ACTION |
| VERSUS | CASE NO. 02-30108 |
| DEPUTY SHERIFF KIRK RODRIGUE, <br> DEPUTY SHERIFF J. P. DeGRAVELLES, <br> DEPUTY JULES TARULLO AND <br> SHERIFF CRAIG WEBRE, <br> PARISH OF LAFOURCHE <br> STATE OF LOUISIANA | SECT. |

### STIPULATION OF DISMISSAL

Plaintiff Barbara Ann Scott Pitre a/k/a Barbara Ann Scott and defendants, Sheriff Craig J. Webre, Deputy Sheriff Kirk Rodrigue, Deputy Sheriff J.P. DeGravelles, and Jules Tarullo,, individually and in their official capacities as Lafourche Parish Sheriff's Deputies, and Coregis Insurance Company, agree to dismiss this action with prejudice.

Dated: 3/19/02

J. PAUL DEMAREST, No. 4855
ELIA DIAZ-YAEGER No.24635
Attorney for Barbara Ann Scott Pitre
a/k/a Barbara Ann Scott
1515 Poydras Street
Suite 1400
New Orleans, LA 70112

DONALD F. HARANG, JR. No. 6531
AYESHA DINSHAW No. 26586
Attorney for Sheriff Craig J. Webre, Deputy Sheriff
Kirk Rodrigue, Deputy Sheriff J.P. DeGravelles,
Jules Tarullo and Coregis Insurance Company
P.O. Drawer 340
Larose, LA 70373

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

March 22, 2002

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Camp Street
Room C-151
New Orleans, LA 70130



   No. 02-30108 Pitre v. Rodrigue
   USDC No. 00-CV-118-K
           00-CV-118-K

Enclosed is a certified copy of the judgment issued as the mandate.



                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                         By: /s/ Linda Miles
                              Linda Miles, Deputy Clerk
                              504-310-7709

cc: w/encl:
    Mr Joseph Paul Demarest
    Ms Elia Demetria Diaz-Yaeger
    Mr Donald F Harang
    Ms Ayesha Farokh Dinshaw

MDT-1